# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Deborah Hansen                Date: January 14, 2011
Court Reporter: Gwen Daniel
Interpreter: Cathy Bahr

Criminal Action No.   10-cr-00543-MSK

*Parties*:                                            *Counsel Appearing*:

UNITED STATES OF AMERICA,                 Colleen Covell
                                          Michele Korver
Plaintiff,

v.

1. AGUSTIN CORDOVA-CAMPOS               Edward Harris
a/k/a "Sammy",                          Anthony Viorst
2.  JAIME CORDOVA-CAMPOS,               Joanne Gustafson
3. GUSTAVO MARCIAS-CORDOVA, and         Richard Stuckey
4. ALONSO BARRENDEY,

Defendants.

---

## COURTROOM MINUTES

---

HEARING:   Motions

04:40 p.m.     Court in session.

Defendants are present.

Opening statements by the Court.

Appearances of counsel.

Interpreter sworn.

Court's further statements

1

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDERED:** 1) Government's Unopposed Motion for an Ends of Justice Continuance And Excludable Time on Grounds of Complexity Pursuant to 18. U.S.C. §3161(h)(7)(A) and (B)(ii), (Doc No. 37) is GRANTED.

2) The two-week trial set January 18, 2011 is VACATED and RESET to Monday, October 17, 2011, at 1:30 p.m.

3) The deadlines imposed in the original Trial Preparation Order are VACATED.

Pending Motions:

4) Defendant Barrendey's Motion for Suppression of Wiretap (Doc No. 50) and Defendant Barrendey's Motion to Suppress Statements (Doc No. 51) are DENIED with leave to renew after counsel have had adequate opportunity to review the discovery in this case.

5) Defendant Barrendey's Motion to Continue Motions Due Date (Doc No. 48) is GRANTED.

6) Defendant Barrendey's Second Motion to Continue Motions Due Date (Doc No. 52) is GRANTED.

7) Government's Motion for Protective Order for Rule 16 Material (Doc No. 49) is GRANTED, with the amendment entered on the record.

The Government shall submit a written, proposed order.

8) Government's Sealed Motion (Doc No. 9) RULING DEFERRED.

9) Government's Motion to Unseal Document Nos. 8 and 9 (Doc No. 24) is GRANTED.

10) Defendant Barrendey's Motion for Writ of Habeas Corpus (Doc No. 39) is DENIED AS MOOT.

11) Defendant Barrendeys' Motion to Continue Suppression Motions and Other Motions Deadline Dates (Doc No. 52) is GRANTED.

**12)**     **The deadline for filing all discovery motions is set June 17, 2011.**

**13)**     **The deadline for filing all motions, excluding discovery motions, is July 8, 2011.**

**14)**     **A status conference, which will be treated as a non-evidentiary motions hearing, is set Friday, July 29, 2011 at 4:00 p.m.**

> **Motions requiring an evidentiary hearing shall be addressed at the July 29th hearing.**

**15)**     **The deadline for any Fed.R.Crim.P.16 and Fed.R.Evid.702 disclosures by the Government is July 8, 2011. The deadline for defendant's disclosures is July 29, 2011.**

Defendants are remanded to the custody of the U.S. Marshal.

05:00 p.m.     Court in Recess
Hearing concluded
Time: /20