IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00543-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AGUSTIN CORDOVA-CAMPOS
    aka "Sammy",
2. JAIME CORDOVA-CAMPOS,
3. GUSTAVO MACIAS-CORDOVA, and
4. ALONSO BARRENDEY,

        Defendants.

---

## ORDER SETTING TRIAL AND TRIAL DEADLINES

**THIS MATTER** comes before the Court on the Government's Unopposed Motion to Declare Case Complex **(#37)**, to which no responses were filed. The Court held a motions hearing on January 14, 2011, at which it granted the Government's motion, rescheduled the trial, and set various deadlines in the case. The Court adopts and incorporates all of its oral rulings from that hearing, but, for the convenience of the parties and counsel, memorializes the deadlines imposed.

    **IT IS THEREFORE ORDERED** that

    (1)    A ten-day trial is scheduled for **Monday, October 17, 2011, at 1:30 p.m.**

    (2)    All discovery motions shall be filed on or before **June 17, 2011**. Absent a specific directive to the contrary, responses shall be filed seven days after the

      motion is filed.

(3) All other motions, including wiretap and suppression motions shall be filed on or before **July 8, 2011**. Absent a specific directive to the contrary, responses shall be filed seven days after the motion is filed. A non-evidentiary motions hearing is scheduled for **July 29, 2011 at 4:00 p.m.**

(4) The Government shall makes its disclosures under Fed. R. Crim. P. 16 and Fed. R. Evid. 702 on or before **July 8, 2011**. The Defendants shall make their disclosures on or before **July 29, 2011**.

Dated this 19th day of January, 2011

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge